# LAW OFFICES OF JILL R. SHELLOW PLLC

---

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

April 30, 2024

**BY ECF AND EMAIL**
The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
arraignmentsNYSD@nysd.uscourts.gov

RE:   *United States v. David Eligoola*, 24-MJ-1492

Dear Judge Cave:

On April 18, 2024, David Eligoola was presented on this Complaint and released on his signature with conditions including, *inter alia*, that he obtain two financially responsible persons as co-signers on his bond no later than Thursday, May 2.  The Jewish holiday of Passover started on April 22 and lasts until tonight.  This left little time for Mr. Eligoola to identify co-signers as they are most likely observant and at least one person is in Israel until next week.  Accordingly, I am respectfully requesting that Your Honor extend the deadline for Mr. Eligoola to secure co-signers until Thursday, May 9.  I have conferred with AUSA Kevin Mead, and the Government consents to this request.

Respectfully submitted,

*/s/ Jill R. Shellow*

Jill R. Shellow

Application GRANTED.

*/s/ Sarah Cave*
_____
So Ordered.
Sarah L. Cave USMJ
4/30/2024

cc:   AUSA Kevin Mead (by email)
      David Eligoola (by email)

Admitted:  NY, CT, DC